

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Jo Ed Winfree, Chairman
House Committee on Revenue and Taxation
House of Representatives
Austin, Texas

Dear Mr. Winfree:

Opinion No. O-2212
Re: Whether or not a bill which
does not raise additional
revenue, but which either
reduces or abolishes an ex-
isting tax, may originate in
the Senate, in view of Sec-
tion 33, Article III of the
State Constitution.

We beg to acknowledge receipt of your letter ask-
ing for an opinion from this department upon the above-
captioned subject matter.

It is the opinion of this department that a bill
which, as broadly stated by you, "Does not raise additional
revenue, but which either reduces or abolishes an existing
tax", may originate in the Senate, and such procedure would
not violate Section 33 of Article III of the Constitution.

Said Section 33 declares:

"All bills for raising revenue shall
originate in the House of Representatives,
but the Senate may amend or reject them as
other bills."

We have no court decision construing this Section
of the Constitution in the respects under consideration here,
but the Supreme Court of the United States has construed Sec-
tion 7 of Article I of the Constitution of the United States,
which provides, "All bills for raising revenue shall originate
in the House of Representatives."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

In the construction of that Section, which appears to be substantially the same as our's, the Supreme Court said:

"The construction of this limitation is practically well settled by the uniform action of Congress. According to that construction it has been confined to bills to levy taxes in the strict sense of the word, and has not been understood to extend to bills for other purposes, which incidentally create revenue. * * *".

Obviously, "a bill which does not raise additional revenue but which reduces or abolishes an existing tax" can not be a bill "for raising revenue."

This department held in Opinion No. O-4061 that a Senate Bill was not a bill for raising revenue where its sole and only purpose was to amend an act raising revenue, undertaking to except certain instruments from the tax levied by the original act. We hand you herewith a copy of that opinion.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR

Enclosure

APR 17, 1943

APPROVED
OPINION
COMMITTEE
BY